## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Michael John Bui, | Civil No. 08-4689 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| v. | |
| Hennepin County Economic Assistance, Joseph P. Young, Gary Larson, | |
| Defendants. | |

___

Based upon the undersigned's de novo review of the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated July 23, 2008, and Plaintiff's Objections thereto, and upon all the files, records, and proceedings herein, **IT IS ORDERED**:

1. The Objections (Doc. No. 5) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 4) is **ADOPTED**;

3. Plaintiff's application to proceed *in forma pauperis* (Doc . No. 3) is **DENIED**; and

4. This Complaint (Doc. No. 1) is summarily **DISMISSED** for lack of jurisdiction.

Dated: August 25, 2008

                                                                                        s/Richard H. Kyle
                                                                                        RICHARD H. KYLE
                                                                                        United States District Judge